UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically filed*

| | | |
|---|---|---|
| JESSICA L. STONE | ) | 3:17-cv-00152-DJH |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHCARE REVENUE RECOVERY | ) | |
| GROUP, LLC, d/b/a ARS ACCOUNT | ) | |
| RESOLUTION SERVICES, ET. AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

## NOTICE OF SETTLEMENT

Defendant, Health Care Recovery Group, LLC, d/b/a ARS Account Resolution Services, hereby notifies the Court the parties have reached a settlement agreement in this action and are now finalizing settlement documentation. The parties will file an agreed order of dismissal with the Court upon completion of settlement.

Respectfully submitted,

**REMINGER CO., LPA**

/s/ Anthony M. Pernice
Anthony M. Pernice
Reminger Co., LPA
333 West Vine Street, Ste. 1670
Lexington, Kentucky 40507
Phone: (859) 233-1311
Fax: (859) 233-1312
apernice@reminger.com
*Counsel for Defendant, Health Care Recovery Group, LLC d/b/a ARS Account Resolution Services*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2018, I electronically filed the foregoing document with the Clerk of the Court by using the electronic filing system and served same via U.S. First Class Mail to the following:

David W. Hemminger
Hemminger Law Offices, PSC
616 South Fifth Street
Louisville, KY  40202
*Counsel for Plaintiff*

                                        /s/ Anthony M. Pernice
                                        *Counsel for Defendant,*
                                        *Health Care Recovery Group,*
                                        *LLC d/b/a ARS Account Resolution Services*