UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JESSICA L. STONE,     Plaintiff,

v.     Civil Action No. 3:17-cv-152-DJH-CHL

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, et al.,     Defendants.

\* \* \* \* \*

### ORDER

Plaintiff Jessica L. Stone and Defendant Healthcare Revenue Recovery Group, LLC having filed an agreed order of dismissal with prejudice (Docket No. 25), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Jessica L. Stone's claims against Healthcare Revenue Recovery Group, LLC are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Healthcare Revenue Recovery Group, LLC as a defendant in the record of this matter.

(2) All claims having been resolved (*see* D.N. 13; D.N. 16), this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket.

June 12, 2018

**David J. Hale, Judge**
**United States District Court**